IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–01357–PAB–KMT

ENRIQUE RAMIREZ,
GUILLERMO MUÑOZ, and
MARCOS VILLSEÑOR, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

3 MARGARITAS XVIII, INC.,
IGUANA, INC. d/b/a 3 MARGARITAS XXVII,
TETITAN, INC. d/b/a 3 MARGARITAS XX,
GUSTAVO MORALES,
DAVID VILLASEÑOR, and
HECTOR MURGUIA,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served August 24, 2012 and the acceptance thereof filed September 18, 2012 and in accordance with the Federal Rules of Civil Procedure, it is ORDERED that judgment is hereby entered for Plaintiff Guillermo Munoz and against Defendant 3 Margaritas XVIII, Inc. in the amount of $22,984.08, plus reasonable costs and attorneys' fees, to be determined by the court by petition for resolution at a later date.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the weekly rate established under 28 U.S.C. § 1961, the current rate of which is 0.18%, from the date of entry of judgment.

DATED at Denver, Colorado this 2oth September, 2012.

                                        JEFFREY P. COLWELL, CLERK

                                By:   s/ Edward P. Butler
                                        Edward P. Butler,  Deputy Clerk