IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01357-PAB-KMT

ENRIQUE RAMIREZ,
GUILLERMO MUNOZ, and
MARCOS VILLASENOR, on their own behalf and on behalf of all others similarly situated,

 Plaintiffs,

v.

3 MARGARITAS XVIII, INC.,
IGUANA, INC., d/b/a 3 Margaritas XXVII,
TETITAN, INC., d/b/a 3 Margaritas XX,
GUSTAVO MORALES,
DAVID VILLASENOR, and
HECTOR MURGUIA,

 Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

 This matter is before the Court on the parties' Joint Stipulation of Dismissal [Docket No. 26].  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added).  Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' joint stipulation of dismissal.  No order of dismissal is necessary.

 DATED May 23, 2013.